UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                    )
                                             )
            v.                               )        Criminal No. 04-0282 (PLF)
                                             )
JERMAINE FAIRNOT,                            )        **FILED**
                                             )
            Defendant.                       )        MAR 1 5 2016
                                             )
                                             )        Clerk, U.S. District and
                                                      Bankruptcy Courts

MEMORANDUM OPINION AND ORDER

At a revocation hearing held before Magistrate Judge Deborah Robinson on

October 8, 2015, defendant Jermaine Fairnot conceded to violations of 1, 2, 5, 6, 7, 8 and 11 of

the conditions of his supervised release. After a hearing, Magistrate Judge Robinson found that

the defendant has violated the conditions of his supervised release. She recommended that his

supervised release be revoked, and that he be sentenced to ten months incarceration, with no

supervision to follow. Defendant has waived his right to a hearing before this Court. In

consideration of the Report and Recommendation issued by Magistrate Judge Robinson on

February 18, 2016 [Dkt. No. 33], and consented to by defendant through counsel, it is hereby

ORDERED that the recommendation of Magistrate Judge Robinson in the Report

and Recommendation be ADOPTED; and it is

FURTHER ORDERED that the defendant's term of supervised release be

revoked, and that defendant be sentenced to ten months incarceration with no term of supervised

release to follow.

SO ORDERED.

DATE: 3|9|16

_____
PAUL L. FRIEDMAN
United States District Judge